MARIBEL CUADRADO, Respondent, v NEW YORK CITY TRANSIT AUTHORITY et al., Appellants.

Submitted December 14, 2009; decided February 16, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. An order denying a CPLR 4404 motion to set aside a verdict is nonfinal. The final and appealable paper to the Court of Appeals is the judgment entered after the denial of the motion.

In the Matter of DEVELOP DON'T DESTROY (BROOKLYN) et al., Appellants, v URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, et al., Respondents.

Submitted January 11, 2010; decided February 16, 2010

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 13 NY3d 713 (2009)].

Chief Judge LIPPMAN taking no part.

In the Matter of the Adoption of JOHN DOE, an Infant. LMB, Respondent; ERJ, Appellant.

Submitted December 21, 2009; decided February 16, 2010

Motion to strike respondent's brief denied.